IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:05-cr-138 |
| | ) | |
| -vs- | ) | DISMISSAL OF COUNTS ONE AND |
| | ) | TWO OF THE INDICTMENT |
| RONALD L. RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Brett M. Shasky, Assistant United States Attorney for the District of North Dakota hereby dismisses Counts One and Two of the Indictment against RONALD L. RIVERA, defendant, and respectfully requests leave of Court to file said dismissal.

Dated this 14th day of August, 2007.

                            DREW H. WRIGLEY
                            United States Attorney


        By:  _____
                BRETT M. SHASKY
                Assistant United States Attorney
                Quentin N. Burdick United States Courthouse
                655 First Avenue North - Suite 250
                Fargo, ND  58102-4932
                (701) 297-7400
                N.D. Bar Board ID No. 04711
                Attorney for United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 3:05-cr-138 |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| -vs- ) | |
| ) | |
| RONALD L. RIVERA, ) | |
| ) | |
| Defendant. ) | |

I hereby certify that on August 14, 2007, the following documents:

DISMISSAL OF COUNTS ONE AND TWO OF THE INDICTMENT

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Christopher Lancaster            Beth_Schwartz@fd.org

I further certify that a copy of the foregoing documents will be mailed by first class mail, postage paid, to the following non-ECF participants:


Dated: August 14, 2007          _____
                                ELLEN L. LYBECK
                                Office of United States Attorney