| PROB 22 Rev. 2/80 | | DOCKET NUMBER (Tran. Court) 05-00138-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 2:19CR781(ES) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Ronald L. Rivera | New Jersey | |
| | NAME OF SENTENCING JUDGE Ralph R. Erickson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/31/2019    TO 07/30/2024 |

**OFFENSE**

18:2251A.F, Selling Or Buying Of Children; 18:2251.F, Sexual Exploitation Of Children

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of North Dakota

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10-3-19

Date                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE New Jersey

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/7/19

Effective Date            United States District Judge